UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOOTAMA T. LINDSAY,

        Plaintiff,                          Case No. 12-CV-12350

     v.                                 HON. GEORGE CARAM STEEH

CITIMORTGAGE,

        Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION
FOR JUDGMENT ON PLEADINGS (#8)

On October 16, 2012, defendant filed a motion for judgment on the pleadings. Plaintiff sought, and received, an extension on the deadline for responding to the motion. A day after the extended deadline, plaintiff filed the motion for leave to amend. Because plaintiff failed to comply with Local Rule 7.1(a), failed to file an amended complaint by the August 31, 2012 deadline, failed to provide a justification for the amendment, and failed to explain the allegations concerning a new party, plaintiff's motion for leave to amend was denied without prejudice on January 29, 2013. The court ordered plaintiff to respond to the motion for judgment on the pleadings by February 5, 2013 and instructed that failure to do so would result in the motion being granted. The deadline has passed and plaintiff failed to file a response. Accordingly, defendant's motion for judgment on the pleadings is GRANTED.

IT IS SO ORDERED.

Dated: February 7, 2013

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 7, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk